ERCOLE FIORE, Respondent, v. COMAL REALTY CORPORATION and Another, Defendants, Impleaded with NICOLA FARINACCIO, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

RACHEL WOOLEY, Appellant, Respondent, v. GEORGE Q. PALMER and Others, Respondents, Appellants, Impleaded with Another.— Order affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

GERARD SCHAFFER and EGON A. TROPP, Appellants, v. AMERICAN LEGION BUILDING PARIS, INC., Respondent, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HARRY HALPERT, Appellant, v. AMERICAN LEGION BUILDING PARIS, INC., Respondent, Impleaded with Others.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LOUISE BRAND, Appellant, v. SPRING VALLEY MOTOR COACH Co., INC., and UNITED POWER LAUNDRIES, INC., Respondents.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LIANE YOST CORTINAS, Plaintiff, v. JOSE ALVAREZ CORTINAS, Respondent. NEILL RIFE, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Voluntary Dissolution of the WYCKBER CORPORATION. BENJAMIN A. BERK and JEANNE BERK, Appellants; SADIE B. WYCKOFF, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of JOSEPH BRILL, Appellant, for a Certiorari Order against JOSEPH E. CORRIGAN, Judge of the Court of General Sessions of the County of New York, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SAMUEL LYONS, Respondent, v. FERDINAND FLEISCHMAN, Appellant. (NATHAN LYONS, INC., Proposed Defendant.) — Order reversed, with twenty dollars costs and disbursements, and motion granted, with ten dollars costs. The case to retain its position on the calendar, and the dispute between the defendants to proceed without prejudice to the speedy trial of plaintiff's claim. No opinion. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.